Judge Hellerstein

COPY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

AGF BELGIUM INSURANCE, N.V., for
itself and other insurers as
subrogees of OPTION WIRELESS, LTD.,

      Plaintiffs,

08 CIV 4270

**RULE 7.1 STATEMENT**

-against-

KATT WORLDWIDE LOGISTICS, INC. and
AMERICAN AIRLINES, INC.,

      Defendants.
--------------------------------------------------------------- X

RECEIVED MAY 06 2008 U.S.D.C. S.D.N.Y. CASHIERS

   Pursuant to Rule 7.1 of the Joint Local Rules of the Southern and Eastern Districts of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant, American Airlines, Inc. certifies that the following are corporate parents, subsidiaries or affiliates of that party:

AMR Corporation
AA Credit Corporation
AA Ventures I, Inc.
Admirals Club, Inc. (MA - no stock issued)
Air California, Inc.
Air Cal, Inc.
Air Data Center, Inc.
American Airlines Australian Tours, Inc.
American Airlines de Italy, Inc.
American Airlines de Mexico, S.A. (Mexico)
American Airlines de Venezuela, S.A. (Venezuela)
American Airlines Fuel Corporation
American Airlines Overseas Corporation, N.V.
(Netherlands Antilles)
American Inter-Island, Inc.
AMR Ventures I, Inc.
AMR Ventures II, Inc.
AMR Ventures III, Inc.
AMR Ventures IV, Inc. (Nevada)
AMR Ventures Holding Company, Inc.

Flagship Hotels, Inc.
The Magnis Corporation

                                      MOUND COTTON WOLLAN
                                      & GREENGRASS

                              By _____
                                  Francis A. Montbach (FAM 9631)
                                  Jodi S. Tesser (JST 6398)
                                  One Battery Plaza
                                  New York, New York 10004
                                  (212) 804-4200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    Index No.

AGF BELGIUM INSURANCE, N.V., for
itself and other insurers as
subrogees of OPTION WIRELESS, LTD.,

                Plaintiff,

    - against -

KATT WORLDWIDE LOGISTICS, INC. and
AMERICAN AIRLINES, INC.

                Defendant.

## RULE 7.1 STATEMENT

MOUND COTTON WOLLAN & GREENGRASS
*Attorneys for*

*Office and Post Office Address, Telephone*
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
(212) 804-4200

To:

Attorney(s) for

Service of a copy of the within is
hereby admitted.

Dated:_____ 20____