806509

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

AGF BELGIUM INSURANCE, N.V., for            08 CV 4270 (AKH)
itself and other insurers as
subrogees of OPTION WIRELESS, LTD.,

       Plaintiff,

  - against -                              **JURY DEMAND**

KATT WORLDWIDE LOGISTICS, INC. and
AMERICAN AIRLINES, INC.,

       Defendants.

------------------------------------------x

    PLEASE TAKE NOTICE, that the undersigned demands a jury trial in this action.

Dated:  Garden City, New York
       May 12, 2008

                              Tell, Cheser & Breitbart
                              Attorneys for Plaintiff

                              By: _____
                                  Kenneth R. Feit (KF1742)

                              320 Old Country Road
                              Garden City, New York 11530
                              (516) 535-1550

To:  Butler, Snow, O'Mara,
     Stevens & Cannada, PLLC
    Attorneys for Defendant
    Katt Worldwide Logistics, Inc.
    6075 Poplar Avenue
    Memphis, TN 38111

```
Mound Cotton Wollan & Greengrass
Attorneys for Defendant
American Airlines, Inc.
One Battery Park Plaza
New York, New York 10004
```