## **AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

      Yvonne Ponce, being duly sworn, deposes and says:

      I am not a party to this action, am over the age of 18 years, and I reside at Queens, New York.

      That on the 12th day of May, 2008 I served the within Jury Demand upon the attorneys and/or parties indicated below at the address(es) indicated below, being the address(es) indicated by said attorneys and/or parties for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, into an official depository under the exclusive supervision, care and custody of the United States Postal Service within the State of New York.

To:  Butler, Snow, O'Mara,
      Stevens & Cannada, PLLC
     Attorneys for Defendant
     Katt Worldwide Logistics, Inc.
     6075 Poplar Avenue
     Memphis, TN 38111

                                                                  Yvonne Ponce

Sworn to before me this
12th day of May, 2008

_____
     Notary Public

Kenneth R. Feit
Notary Public, State of New York
No. 02FE6116499
Qualified in Nassau County
Commission Expires October 4, 2008