UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGF BELGIUM INSURANCE, N.Y., for itself and          Case No. 08-CV-4270 (AKH)
other insurers as subrogees of
OPTION WIRELESS, LTD.,

                          Plaintiff,

                                                     **REPLY TO CROSS-CLAIM**

- against -

KATT WORLDWIDE LOGISTICS, INC.
and AMERICAN AIRLINES, INC.,

                          Defendants.

_____

Defendant, Katt Worldwide Logistics, Inc., by its undersigned counsel, as and for its

Reply to Cross-Claims of American Airlines, Inc., states as follows:

1.    Denies the allegations contained in paragraph 20 of the Cross-Claim.

2.    Denies the allegations contained in paragraph 21 of the Cross-Claim.

WHEREFORE, it is respectfully requested that this Court enter judgment dismissing the

Cross-Claims, together with such other and further relief as the Court deems proper.

Dated: New York, New York
       May __16__, 2008

                          **DAY PITNEY, LLP**

                          By: _David B. Newman_
                           DAVID B. NEWMAN (DN9577)
                          7 Times Square
                          New York, New York 10036
                          (212) 297-5832 Telephone
                          (212) 916-2940 Facsimile

                          **BUTLER SNOW**
                          Scott Blount, Esq.
                          6075 Poplar Avenue
                          Memphis, TN 38119

                          Attorneys for Katt Worldwide Logistics, Inc.