UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
AGF BELGIUM INSURANCE, N.V., for               Index No.: 08-CV-4270 (AKH)
itself and other insurers as subrogees of
OPTION WIRELESS, LTD.,

                        Plaintiffs,                        **ANSWER TO**
-against-                                                           **CROSS-CLAIMS**

KATT WORLDWIDE LOGISTICS, INC. and
AMERICAN AIRLINES, INC.,

                        Defendants.
----------------------------------------------------------------- X

Defendant, American Airlines, Inc., ("American Airlines") by its attorneys, Mound Cotton Wollan & Greengrass, as and for its Answer to the Cross-Claims of Defendant Katt Worldwide Logistics, Inc. ("Katt") herein, alleges:

### AS AND FOR A FIRST CROSS-CLAIM
### AGAINST THE CO-DEFENDANT

THIRTY-SECOND: Denies each and every allegation contained in that paragraph of the Complaint designated "32."

### AS AND FOR A SECOND CROSS-CLAIM
### AGAINST THE CO-DEFENDANT

THIRTY-THIRD: Denies each and every allegation contained in that paragraph of the Complaint designated "33."

      **WHEREFORE,** American Airlines, demands judgment in its favor:

      1.     Dismissing Katt's cross-claims as against American Airlines; and

      2.     Such other and further relief as is deems just and proper.

Dated: New York, New York
       June 3, 2008

MOUND COTTON WOLLAN
& GREENGRASS

By _/s/ Jodi P. Tesser_____
Francis A. Montbach (FAM 9631)
Jodi S. Tesser (JST 6398)
One Battery Plaza
New York, New York 10004
(212) 804-4200

TO: Kenneth R. Feit, Esq.
Tell, Cheser, & Breitbart
Attorneys for Plaintiffs
320 Old County Road
Garden City, New York 11530

Scott Blount, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Attorneys for Katt Worldwide Logistics, Inc.
6075 Poplar Ave.
Suite 500
Memphis, TN 38111

UNITED STATES DISTRICT COURT)

SOUTHERN DISTRICT OF NEW YORK)

### AFFIDAVIT OF SERVICE

Lynn Cappiello, being duly sworn, deposes and says:

That deponent is not a party to this action, is over the age of 18 years and resides in Nassau County, New York.

That on June 3, 2008, deponent served the within **ANSWER TO CROSS CLAIMS** upon:

Kenneth R. Feit, Esq.
Tell, Cheser, & Breitbart
Attorneys for Plaintiffs
320 Old County Road
Garden City, New York 11530

Scott Blount, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Attorneys for Katt Worldwide Logistics, Inc.
6075 Poplar Ave., Suite 500
Memphis, TN 38111

the addresses designated by said entities for that purpose by depositing the same enclosed in a first-class postpaid properly addressed wrapper to said entities at the above addresses in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Lynn Cappiello

Sworn to before me this 3rd
day of June, 2008

_____
**NOTARY PUBLIC**

ROBIN L. HODGE
Notary Public, State of New York
No. 01HO6159562
Qualified in Kings County
Commission Expires Jan. 22, 2011