806509

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

AGF BELGIUM INSURANCE, N.V., for          Index No. 08 CV 4270
itself and other insurers as
subrogees of OPTION WIRELESS, LTD.,

        Plaintiff,

  - against -                              **RULE 7.1 STATEMENT**

KATT WORLDWIDE LOGISTICS, INC. and
AMERICAN AIRLINES, INC.,

        Defendants.

----------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

AGF Belgium Insurance – subsidiary of Allianz SE – see Exhibit "A".

AXA Corporate Solutions Assurance – subsidiary of AXA Group – see Exhibit "B".

Aegon Schadeverz, NV

Generali Schadeverz, MU, N.V. – subsidiary of Assicurazioni Generali, which includes Societa del Gruppo Generali, Alleanza Assicurazioni, AMB Generali, Banca Generali and Migdal Insurance and Financial Holdings Ltd.

Allianz Versicherungs, AG – subsidiary of Allianz SE – see Exhibit "A".

Jean Verheyen, N.V.

Dated:  Garden City, New York
        July 8, 2008

                                    _____
                                    Kenneth R. Feit (KF1742)

| AMB# | COMPANY | DOMICILE | % OWN | AMB# | COMPANY | DOMICILE | % OWN |
|---|---|---|---|---|---|---|---|
| 07239 | Western Reserve Lf Assur of OH | OH | 100.00 | 55302 | AGF Allianz South America | Brazil | 100.00 |
| 50647 | Commonwealth General Corp | DE | 100.00 | 78143 | Adriatica de Seguros, C.A. | Venezuela | 98.28 |
| 50641 | Capital General Development Cp | DE | 100.00 | 77746 | AGF Allianz Argentina Cia Seg | Argentina | 100.00 |
| 06742 | Monumental Life Ins Co | IA | 100.00 | 86213 | AGF Brasil Seguros S.A. | Brazil | 85.97 |
| 73527 | Global Premier Reins Co Ltd | British Virgin Islands | 100.00 | 85287 | *AGF Holding S.A.* | France | 99.90 |
|  |  |  |  | 86019 | *AGF International S.A.* | France |  |
| 06594 | Stonebridge Life Insurance Co | VT | 100.00 | 83208 | AGF Belgium Insurance SA | Belgium | 100.00 |
| 71188 | Stonebridge Reinsurance Co | VT | 100.00 | 78807 | AFG Life Luxembourg S.A. | Luxembourg | 100.00 |
| 00323 | Stonebridge Casualty Ins Co | OH | 100.00 | 77278 | *Allianz Nederland Groep N.V.* | Netherlands | 100.00 |
| 57706 | ARC Reinsurance Corp | HI | 100.00 | 78481 | Allianz Nederland Levensverz | Netherlands | 100.00 |
| 57740 | Pyramid Insurance Co Ltd | HI | 100.00 | 78487 | Allianz Nederland Schade | Netherlands | 100.00 |
|  |  |  |  | 78520 | London Verzekeringen N.V. | Netherlands | 100.00 |
| **50527** | **AcquiCap Financial Group Inc.** |  |  | 83517 | Universal Leven N.V. | Netherlands | 100.00 |
| 50528 | *AcquiCap Inc.* | FL | 100.00 | 86303 | *AGF Holdings (UK) Limited* | United Kingdom | 100.00 |
| 00741 | AcquiCap Insurance Company | FL | 100.00 | 86248 | AGF Insurance Limited | United Kingdom | 100.00 |
| 00541 | AcquiCap Prop & Cas Ins Co | FL | 100.00 | 83067 | Arcalis | France | 79.37 |
|  |  |  |  | 89921 | AVIP | France | 100.00 |
| **51093** | **Affiliated Mutual Hldg Co** |  |  | 85974 | AGF La Lilloise | France | 88.54 |
| 00634 | Millers First Insurance Co | IL | 100.00 | 85174 | Assr Gen de France IART | France | 99.98 |
| 02835 | Millers Classified Ins Co | WI | 100.00 | 85109 | Assurances Generales de FR Vie | France | 99.99 |
|  |  |  |  | 78811 | Calypso | France | 99.98 |
| **51604** | **Agency Bonding Company** |  |  | 83076 | Coparc | France | 99.98 |
| 51603 | *Victore Enterprises Inc* |  |  | 55143 | *Euler Hermes S.A.* | France | 68.20 |
| 10673 | VICTORE INSURANCE COMPANY | OK | 41.30 | 77181 | Euler Hermes Credit Ins BE SA | Belgium | 100.00 |
|  |  | OK | 100.00 | 89836 | Euler Hermes Credito Cia Seg | Spain | 100.00 |
| **51602** | **Agency Holding Co of MD** |  |  | 86368 | *Euler Hermes Holdings* | United Kingdom | 100.00 |
| 10792 | Agency Ins Co of Maryland, Inc | MD | 100.00 | 87336 | Euler Hermes UK plc | United Kingdom | 100.00 |
|  |  |  |  | 86531 | Euler Hermes Kreditvers | Germany | 100.00 |
| **03276** | **Agricultural Workers Mut Auto** |  |  | 83510 | Euler Hermes Interborg N.V. | Netherlands | 95.00 |
| 12439 | Worth Casualty Company | TX | 100.00 | 78812 | Euler Hermes Kreditforsakring | Sweden | 100.00 |
|  |  |  |  | 89193 | EULER-HERMES Magyar | Hungary | 74.89 |
| **51399** | **AIX Holdings, Inc.** |  |  | 57467 | Euler Hermes Re | Luxembourg | 100.00 |
| 51400 | *NOVA American Group, Inc.* |  | 100.00 | 77285 | Euler Hermes Kredietverz | Netherlands | 100.00 |
| 02708 | NOVA Casualty Company | NY | 100.00 | 78006 | Euler Hermes Seg de Credito SA | Mexico | 100.00 |
| 13763 | AIX Specialty Insurance Co | DE | 100.00 | 77878 | Euler Hermes Seguros Credito | Brazil | 100.00 |
|  |  |  |  | 86442 | Euler Hermes SFAC S.A. | France | 100.00 |
| **50987** | **AJK Holdings, Inc** |  |  | 84209 | Euler Hermes SIAC S.p.A. | Italy | 100.00 |
| 02842 | USF Insurance Company | PA | 100.00 | 86024 | Rurale | France | 99.76 |
| 12422 | Victoria Insurance Company | TX | 100.00 | 50631 | *Allianz of America Inc* | DE | 100.00 |
| 72571 | Cranbrook Insurance Group Ltd | Bermuda |  | 00407 | Allianz Global Risks US Ins Co | CA | 100.00 |
|  |  |  |  | 02618 | Allianz Underwriters Ins Co | CA | 100.00 |
| **50267** | **AK Steel Holding Corporation** |  |  | 02179 | Fireman's Fund Insurance Co | CA | 100.00 |
| 50268 | *AK Steel Corporation* | DE | 100.00 | 02176 | American Automobile Ins Co | MO | 100.00 |
| 50269 | AKS Investments Inc | OH | 100.00 | 02178 | Associated Indemnity Corp | CA | 100.00 |
| 50270 | AFSG Holdings Inc | DE | 100.00 | 02177 | American Insurance Company | NE | 100.00 |
| 50271 | Armco Financial Services Corp | DE | 100.00 | 02616 | Fireman's Fund Ins Co of GA | GA | 100.00 |
| 50272 | Armco Insurance Group Inc | DE | 100.00 | 02717 | Fireman's Fund Ins Co of HI | HI | 100.00 |
| 04172 | Compass Insurance Company | NY | 100.00 | 02824 | Fireman's Fund Ins Co of LA | LA | 100.00 |
| 02374 | Northwestern National Ins Co | WI | 100.00 | 02843 | Fireman's Fund Ins Co of OH | OH | 100.00 |
| 57264 | Materials Insurance Co | Cayman Islands | 100.00 | 01892 | Fireman's Fund Indemnity Corp | NJ | 100.00 |
|  |  |  |  | 11262 | Fireman's Fund Ins Co of MO | MO | 100.00 |
| **51180** | **Alea Group Holdings (Bermuda)** |  |  | 50632 | *Interstate National Corp* | IL | 100.00 |
| 86991 | *Alea (Bermuda) Ltd* | Bermuda | 100.00 | 02267 | Interstate Fire & Casualty Co | IL | 100.00 |
| 51181 | Alea Holdings UK Ltd | United Kingdom | 100.00 | 02266 | Chicago Insurance Company | IL | 100.00 |
| 85333 | Alea London Limited | United Kingdom | 100.00 | 02268 | Interstate Indemnity Company | IL | 100.00 |
| 51008 | *Alea Holdings US Company* | DE | 100.00 | 11219 | Midway Ins Co of Illinois | IL | 100.00 |
| 12467 | Alea North America Ins Co | NY | 100.00 | 02182 | National Surety Corporation | IL | 100.00 |
| 85734 | Alea Europe Limited | Switzerland | 100.00 | 02181 | San Francisco Reinsurance Co | CA | 100.00 |
|  |  |  |  | 54000 | *Standard General Agency* | TX | 100.00 |
| **00954** | **Alfa Alliance Insurance Corp** |  |  | 03586 | American Standard Lloyds | TX |  |
| 02006 | Alfa Mutual Fire Insurance Co | AL |  | 03682 | Fireman's Fund Cnty Mut Ins Co | TX |  |
| 03314 | Alfa Mutual General Ins Co | AL |  | 11672 | Vintage Insurance Company | CA | 100.00 |
| 02005 | Alfa Mutual Insurance Company | AL |  | 04001 | Jefferson Insurance Company | NY | 100.00 |
| 58307 | *Alfa Corporation* | DE | 42.70 | 06830 | Allianz Life Ins Co N America | MN | 100.00 |
| 01724 | Alfa General Insurance Corp | AL | 100.00 | 09417 | Allianz Life Ins Co of NY | NY | 100.00 |
| 02227 | Alfa Insurance Corporation | AL | 100.00 | 68026 | Allianz Life and Annuity Co | MN | 100.00 |
| 06293 | Alfa Life Ins Corp | AL | 100.00 | 86517 | Allianz Mexico SA | Mexico | 99.90 |
| 10042 | Alfa Vision Insurance Corp | AL | 100.00 | 55301 | *Allianz of Asia-Pacific* | Germany | 100.00 |
| 12333 | Alfa Specialty Insurance Corp | AL | 100.00 | 89588 | PT Asuransi Allianz Life ID | Indonesia | 99.80 |
|  |  |  |  | 86726 | PT Asuransi Allianz Utama ID | Indonesia | 75.40 |
| **10565** | **Allegany Co-op Ins Co** |  |  | 78523 | Allianz Australia Limited | Australia | 100.00 |
| 11162 | Monroe Co-Op Insurance Company | NY |  | 78808 | Allianz Australia Advantage | Australia | 100.00 |
|  |  |  |  | 77889 | Allianz Australia Ins Ltd | Australia | 100.00 |
| **58309** | **Alleghany Corporation** |  |  | 77161 | Allianz New Zealand Limited | New Caledonia | 100.00 |
| 50939 | *Alleghany Ins Hldgs LLC* | DE | 100.00 | 77902 | CIC Allianz Insurance Limited | Australia | 100.00 |
| 58337 | *Capitol Transamerica Corp* | WI | 100.00 | 78813 | FAI Allianz Limited | Australia | 100.00 |
| 00235 | Capitol Indemnity Corporation | WI | 100.00 | 89147 | *Allianz Bulgaria Holding AD* | Bulgaria | 100.00 |
| 01960 | Capitol Specialty Ins Corp | WI | 100.00 | 78809 | Allianz Bulgaria Ins & Reins | Bulgaria | 100.00 |
| 51326 | *Darwin Professional Undwtrs* | DE | 54.90 | 78810 | Allianz Bulgaria Life Ins Co | Bulgaria | 100.00 |
| 51224 | *Darwin Group, Inc.* | DE | 100.00 | 78814 | Allianz China Life Ins Co Ltd | China | 51.00 |
| 12699 | Darwin National Assurance Co | DE | 100.00 | 84145 | Allianz Cia Set Reaseguros | Spain | 99.90 |
| 11719 | Darwin Select Insurance Co | AR | 100.00 | 55288 | *Allianz Deutschland AG* | Germany | 100.00 |
| 55244 | *Employers Direct Corporation* | DE | 100.00 | 85942 | Allianz Private Krankenvers-AG | Germany | 94.90 |
| 12572 | Employers Direct Insurance Co | CA | 100.00 | 85473 | Allianz Versicherungs-Aktieng | Germany | 94.90 |
| 12488 | Platte River Insurance Company | NE | 100.00 | 84038 | Muenchener und Magdeburger | Germany | 59.90 |
| 51225 | *RSUI Group, Inc.* | DE | 100.00 | 84667 | Vereinte Spezial Kranken AG | Germany | 100.00 |
| 12603 | RSUI Indemnity Company | NH | 100.00 | 84668 | Vereinte Spezial Versicherung | Germany | 100.00 |
| 12619 | Landmark American Ins Co | OK | 100.00 | 85289 | *Jota-Vermoegensverwaltungs* | Germany | 94.90 |
|  |  |  |  | 85015 | Allianz Lebensversicherungs-AG | Germany | 91.00 |
| **51439** | **Allegheny Group, Inc** |  |  | 89636 | Allianz Pensionsfonds AG | Germany | 100.00 |
| 10729 | Allegheny Surety Company | PA | 100.00 | 89019 | Allianz Pensionskasse Aktieng | Germany | 100.00 |
|  |  |  |  |  | Deutsche Lebensversicherungs | Germany | 100.00 |
| **12419** | **Alliance of Nonprofits Ins RRG** |  |  | 85968 | Allianz Egypt Insurance Co SAE | Egypt | 85.00 |
| 12418 | Nat Alliance of Nonprofits Ins | VT |  | 78815 | Allianz Egypt Life Co SAE | Egypt | 99.40 |
| 11845 | Nonprofits' Ins Alliance of CA | CA |  |  |  |  |  |
| **85449** | **Allianz Societas Europaea** |  |  |  |  |  |  |
| 85129 | *AGF Group* | France | 100.00 |  |  |  |  |

— For Current Listings access www.ambest.com/legal —      2008 BEST'S DIRECTORIES OF RECOMMENDED INSURANCE ATTORNEYS AND ADJUSTERS

 Copyright © 2008 by A.M. Best Company, Inc.
All rights reserved. No part of this report may be reproduced, stored in a retrieval system or transmitted in any form or by any means; electronic, mechanical, photocopying, recording or otherwise.

EXHIBIT "A"

| AMB# | COMPANY | DOMICILE | % OWN |
|---|---|---|---|
| 86744 | Allianz Fire Marine Ins Japan | Japan | 100.00 |
| 78816 | Allianz General Ins Co SA | Greece | 100.00 |
| 89123 | Allianz General Ins MY Bhd | Malaysia | 98.70 |
| 89124 | Allianz Life Ins Malaysia Bhd | Malaysia | 100.00 |
| 87997 | Allianz Global Corp & Spec AG | Germany | 100.00 |
| 55291 | *Allianz Holdings plc* | United Kingdom | 100.00 |
| 86373 | Allianz Insurance plc | United Kingdom | 100.00 |
| 87260 | British Reserve Ins Co Ltd | United Kingdom | 100.00 |
| 87311 | DBI Insurance Company Ltd | United Kingdom | 100.00 |
| 87635 | Trafalgar Insurance Pub Ltd Co | United Kingdom | 100.00 |
| 83918 | Allianz Hungaria Biztosito Rt | Hungary | 100.00 |
| 89427 | Allianz Ins Co of SG Pte Ltd | Singapore | 100.00 |
| 78817 | Allianz Insurance (HK) Ltd | Hong Kong | 100.00 |
| 85971 | Allianz Life Insurance Co Ltd | South Korea | 100.00 |
| 78818 | Allianz Life Ins Co SA | Greece | 100.00 |
| 83776 | Allianz pojist'ovna, a.s. | Czech Republic | 100.00 |
| 78819 | Allianz President Life Ins | Taiwan | 50.20 |
| 78820 | Allianz Re Ireland Limited | Ireland | 100.00 |
| 77703 | Allianz Risk Transfer | Switzerland | 100.00 |
| 83297 | Allianz Risk Transfer N.V. | Netherlands | 100.00 |
| 78822 | Allianz-Slovenska poist'ovna | Slovakia | 84.60 |
| 89021 | Allianz Worldwide Care Limited | Ireland | 100.00 |
| 89405 | Allianz Zagreb d.d. | Croatia | 80.10 |
| 55290 | *AZ-Argos 31 Vermoegens* | Germany | 100.00 |
| 86225 | *Allianz Irish Life Hldgs plc* | Ireland | 100.00 |
| 85683 | Allianz Corporate Ireland | Ireland | 66.40 |
| 86075 | Allianz Ireland plc | Ireland | 100.00 |
| 85617 | NEM Insurance (Ireland) Ltd | Ireland | 100.00 |
| 89082 | Cia Seg Allianz Portugal | Portugal | 64.90 |
| 78025 | Elvia Reiseversicherungs | Switzerland | 100.00 |
| 83435 | Elviasec SA de Seg y Reas | Spain | 100.00 |
| 89733 | ELVIA Travel Insurance Intl NV | Netherlands | 100.00 |
| 78821 | Mondial Assistance B.V. | Netherlands | 100.00 |
| 84907 | Mondial Assistance Italia | Italy | 100.00 |
| 83388 | Eurovida Compania Seg y Reas | Spain | 51.00 |
| 78824 | Ins Joint Stock Co 'Allianz' | Russia | 100.00 |
| 85681 | Lloyd Adriatico S.p.A. | Italy | 99.70 |
| 55286 | *Ras International III B.V.* | Netherlands | 100.00 |
| 86994 | Allianz-Elementar Versicherung | Austria | 50.10 |
| 86995 | Allianz-Elementar Lebensvers | Austria | 90.00 |
| 86462 | Allianz Suisse Versicherungs | Switzerland | 69.79 |
| 86840 | Alba Allgemeine Versicherungs | Switzerland | 100.00 |
| 86461 | Allianz Suisse Lebensversich | Switzerland | 99.99 |
| 83147 | Amaya Compania Seg y Reaseg | Spain | 100.00 |
| 83972 | CAP Rechtsschutz-Versicherungs | Switzerland | 100.00 |
| 83766 | Phenix compagnie d'assurances | Switzerland | 100.00 |
| 83765 | Phenix cie d'assur sur la vie | Switzerland | 100.00 |
| 85307 | Riunione Adriatica Sicurta | Italy | 100.00 |
| 85624 | Allianz Subalpina S.p.A | Italy | 98.00 |
| 86255 | Assicuratrice Italiana Danni | Italy | 100.00 |
| 86080 | Assicuratrice Italiana Vita | Italy | 100.00 |
| 89243 | Bernese Assicurazioni S.p.A. | Italy | 71.67 |
| 89244 | Bernese Vita S.p.A. | Italy | 87.68 |
| 86031 | CreditRas Assicurazioni S.p.A. | Italy | 50.00 |
| 86625 | CreditRas Vita S.p.A. | Italy | 50.00 |
| 78823 | Darta Saving Life Association | Ireland | 100.00 |
| 85929 | Genialloyd S.p.A. | Italy | 99.99 |
| 86256 | RAS Tutela Giudiziaria S.p.A. | Italy | 100.00 |
| 85969 | R B Vita S.p.A. | Italy | 100.00 |
| 83848 | SC Allianz Tiriac Asigurari SA | Romania | 51.60 |
| 77307 | T.U. Allianz Polska S.A. | Poland | 100.00 |
| 77308 | T.U. Allianz Zycie Polska S.A. | Poland | 100.00 |
| **51815** | **Allied Intl Holdings, Inc.** | | |
| 00789 | T.H.E. Insurance Company | LA | 100.00 |
| **83090** | **Allied World Asr Co (Europe)** | | |
| 12525 | Allied World Asr Co (US) Inc | DE | 100.00 |
| 89238 | Allied World Asr Co (Re) Ltd | Ireland | 100.00 |
| 12526 | Newmarket Underwriters Ins Co | NH | 100.00 |
| **58312** | **Allstate Corporation** | | |
| 02017 | Allstate Insurance Company | IL | 100.00 |
| 00764 | Allstate County Mutual Ins Co | TX | 100.00 |
| 03652 | Allstate Fire & Cas Ins Co | IL | 100.00 |
| 10648 | Allstate Floridian Ins Co | IL | 100.00 |
| 12128 | Allstate Floridian Indem Co | IL | 100.00 |
| 12711 | Encompass Floridian Indemnity | IL | 100.00 |
| 12710 | Encompass Floridian Ins Co | IL | 100.00 |
| 02018 | Allstate Indemnity Company | IL | 100.00 |
| 85704 | Allstate Insurance Co Canada | Canada | 100.00 |
| 06028 | Allstate Life Ins Co of Canada | Canada | 100.00 |
| 03440 | Pafco Insurance Company Ltd | Canada | 100.00 |
| 85774 | Pembridge Insurance Company | Canada | 100.00 |
| 06027 | Allstate Life Ins Co | IL | 100.00 |
| 76727 | ALIC Reinsurance Co | SC | 100.00 |
| 07289 | Allstate Assurance Company | IL | 100.00 |
| 07291 | Allstate Life Ins Co of NY | NY | 100.00 |
| 06211 | Charter National Life Ins Co | IL | 100.00 |
| 06572 | Intramerica Life Ins Co | NY | 100.00 |
| 06657 | Lincoln Benefit Life Co | NE | 100.00 |
| 07109 | Surety Life Ins Co | NE | 100.00 |
| 12106 | Allstate New Jersey Insurance | IL | 100.00 |
| 13080 | Allstate New Jersey P&C Ins Co | IL | 100.00 |
| 12612 | Encompass Insurance Co of NJ | IL | 100.00 |
| 13082 | Encompass Prop&Cas Ins Co NJ | IL | 100.00 |
| 12482 | Allstate North American Ins Co | IL | 100.00 |
| 01978 | Allstate Prop & Cas Ins Co | IL | 100.00 |
| 50042 | *Allstate Texas Lloyd's Inc.* | TX | 100.00 |
| 10678 | Allstate Texas Lloyd's | TX | |
| 11519 | Deerbrook Insurance Company | IL | 100.00 |
| 12535 | Encompass Home and Auto Ins Co | IL | 100.00 |
| 00542 | Encompass Indemnity Company | IL | 100.00 |
| 12536 | Encompass Independent Ins Co | IL | 100.00 |
| 11794 | Encompass Insurance Company | IL | 100.00 |
| 11703 | Encompass Ins Co of America | IL | 100.00 |
| 10130 | Encompass Insurance Co of MA | MA | 100.00 |
| 11702 | Encompass Prop & Cas Company | IL | 100.00 |
| 03791 | Northbrook Indemnity Company | IL | 100.00 |
| 50053 | *Allstate Intern Ins Holdings* | DE | 100.00 |
| 73175 | Allstate Reinsurance Ltd | Bermuda | 100.00 |
| **58007** | ***American Heritage Life Inv Cp*** | DE | 100.00 |
| 06064 | American Heritage Life Ins Co | FL | 100.00 |
| 06259 | Concord Heritage Life Ins Co | NH | 100.00 |
| 00201 | First Colonial Insurance Co | FL | 100.00 |
| **51436** | **Alpha Investment Partnership** | | |
| 51311 | *Cincinnati Equitable Cos Inc* | OH | 88.30 |
| 03228 | Cincinnati Equitable Ins Co | OH | 100.00 |
| 04754 | Lakeland Insurance Company | PA | 100.00 |
| 04874 | Southern Michigan Insurance Co | MI | 100.00 |
| 06757 | Cincinnati Equitable Life | OH | 100.00 |
| **50708** | **Ambac Financial Group Inc** | | |
| 00702 | Ambac Assurance Corporation | WI | 100.00 |
| 87216 | Ambac Assurance UK Limited | United Kingdom | 100.00 |
| 50709 | *Connie Lee Holdings Inc* | WI | 100.00 |
| 00109 | Connie Lee Insurance Company | WI | 100.00 |
| **50547** | **AmCOMP Inc** | | |
| 11826 | AmCOMP Preferred Ins Co | FL | 100.00 |
| 12180 | AmCOMP Assurance Corporation | FL | 100.00 |
| **58314** | **AMERCO** | | |
| 07890 | Oxford Life Ins Co | AZ | 100.00 |
| 06217 | Christian Fidelity Life Ins Co | TX | 100.00 |
| 09442 | Dallas General Life Ins Co | TX | 100.00 |
| 60015 | North American Ins Co | WI | 100.00 |
| 03597 | Republic Western Insurance Co | AZ | 100.00 |
| 11685 | North American Fire & Cas Ins | LA | 100.00 |
| **86794** | **Amer Contractors Ins Grp** | | |
| 10689 | ACIG Insurance Company | IL | 100.00 |
| 10010 | American Contractors Ins RRG | TX | 100.00 |
| **58948** | **American European Group, Inc** | | |
| 58410 | *Merchants Group Inc* | DE | 100.00 |
| 02317 | American European Insurance Co | NH | 100.00 |
| 01838 | Rutgers Casualty Insurance Co | NJ | 100.00 |
| 12522 | Rutgers Enhanced Insurance Co | NJ | 100.00 |
| 10660 | United International Ins Co | NY | 100.00 |
| **02022** | **American Family Mutual Ins Co** | | |
| 50172 | *AMFAM Inc* | WI | 100.00 |
| 11789 | American Family Insurance Co | OH | 100.00 |
| 06052 | American Family Life Ins Co | WI | 100.00 |
| 11790 | American Standard Ins Co of OH | OH | 100.00 |
| 02023 | American Standard Ins Co of WI | WI | 100.00 |
| **01726** | **Amer Farm & Ranchers Mut Ins** | | |
| 13832 | American Farmers & Ranchers | OK | 100.00 |
| 60341 | American Farmers & Ranchers Lf | OK | 100.00 |
| **10730** | **American Feed Industry Ins RRG** | | |
| 03175 | American Agri-Business Ins Co | IA | 100.00 |
| **58317** | **American Financial Group, Inc** | | |
| 51163 | *APU Holding Company* | OH | 100.00 |
| 58319 | *American Premier Undrs Inc* | PA | 100.00 |
| 83534 | GAI Insurance Company Ltd | Bermuda | 100.00 |
| 00800 | Republic Indemnity Co of Amer | CA | 100.00 |
| 01856 | Republic Indemnity Co of CA | CA | 100.00 |
| 51081 | *Great American Holding, Inc* | OH | 100.00 |
| 03735 | American Empire Surplus Lines | DE | 100.00 |
| 02603 | American Empire Insurance Co | OH | 100.00 |
| 78385 | Great American Intl Insur Ltd | Ireland | 100.00 |
| 00606 | Mid-Continent Casualty Co | OK | 100.00 |
| 11321 | Mid-Continent Ins Co (OK) | OK | 100.00 |
| 04038 | Oklahoma Surety Company | OK | 100.00 |
| 02213 | Great American Insurance Co | OH | 100.00 |
| 83535 | El Aguila Cia de Seg SA de CV | Mexico | 100.00 |
| 03521 | Great American Alliance Ins Co | AZ | 100.00 |
| 02004 | Great American Assurance Co | OH | 100.00 |
| 11873 | Great Amer Contemporary Ins Co | OH | 100.00 |
| 03837 | Great American E&S Ins Co | DE | 100.00 |
| 03293 | Great American Fidelity Ins Co | DE | 100.00 |
| 58004 | *Great American Finl Resources* | DE | 82.00 |
| 50373 | *AAG Holding Company Inc* | | 100.00 |
| 06474 | Great American Life Ins Co | OH | 100.00 |
| 09088 | Annuity Investors Life Ins Co | OH | 100.00 |
| 06864 | Great American Life Ins of NY | NY | 100.00 |
| 51336 | *Loyal American Holding Corp* | United States | 100.00 |

2008 BEST'S DIRECTORIES OF RECOMMENDED INSURANCE ATTORNEYS AND ADJUSTERS       — *For Current Listings access www.ambest.com/legal*—

 Copyright © 2008 by A.M. Best Company, Inc.
All rights reserved. No part of this report may be reproduced, stored in a retrieval system or transmitted in any form or by any means; electronic, mechanical, photocopying, recording or otherwise.

| AMB# | COMPANY | DOMICILE | % OWN |
|---|---|---|---|
| ~~85336~~ | ~~OHRA N.V.~~ | ~~Netherlands~~ | ~~100.00~~ |
| 83422 | ~~OHRA Levensverzekeringen N.V.~~ | ~~Netherlands~~ | 100.00 |
| 83421 | OHRA Schadeverzekeringen N.V. | Netherlands | 100.00 |
| 83424 | OHRA Ziektekostenverzekeringen | Netherlands | 100.00 |
| 78850 | ~~Commercial Union Intl Life SA~~ | ~~Luxembourg~~ | 100.00 |
| ~~82809~~ | ~~Comm Union Lietuva Gyvybes~~ | ~~Lithuania~~ | ~~100.00~~ |
| 85085 | **AXA** | | |
| 51925 | *ASM Holdings Limited* | United Kingdom | |
| 89376 | AXA Insurance Public Co Ltd | Thailand | 36.36 |
| 86639 | *AXA Asia Pacific Holdings Ltd* | Australia | 48.25 |
| 51949 | National Mutual Intl Pty Ltd | Australia | 100.00 |
| 51931 | *AXA China Region Limited* | Bermuda | 72.97 |
| 56781 | AXA China Region Ins Co (BM) | Bermuda | 100.00 |
| 78569 | AXA China Region Ins Co Ltd | Hong Kong | 100.00 |
| 51932 | *AXA Financial Serv (SG) Pte* | Singapore | 100.00 |
| 78574 | AXA Life Singapore Pte Ltd | Singapore | 100.00 |
| 78577 | Krungthai-AXA Life Ins Co Ltd | Thailand | 50.00 |
| 57501 | NM Insurance (S) Pte Ltd | Singapore | 100.00 |
| 77679 | Nat Mut Life Assoc Australasia | Australia | 100.00 |
| 78578 | P.T. AXA Life Indonesia | Indonesia | 80.00 |
| 89229 | Philippine AXA Life Ins Corp | Philippines | 45.00 |
| 51928 | *AXA Asssistance SA* | France | 100.00 |
| 51927 | AXA Assistance France | France | 100.00 |
| 78563 | AXA Asitance France Assur | France | 100.00 |
| 89154 | Inter Partner Assistance | Belgium | 100.00 |
| 83286 | Inter Partner AssistanceEspana | Spain | 100.00 |
| 78565 | AXA Assurances Cameroun | Cameroon | 99.90 |
| 78566 | AXA Assurances Cote d'Ivoire | Cote D'Ivoire | 75.83 |
| 78567 | AXA Assurances Gabon | Gabon | 86.49 |
| 78568 | AXA Assurances Senegal | Senegal | 51.52 |
| 51929 | *AXA Aurora, S.A.* | Spain | 100.00 |
| 86545 | AXA Aurora Iberica Seg y Reas | Spain | 99.70 |
| 84420 | AXA Aurora Vida SA Seg y Reas | Spain | 98.50 |
| 83395 | Hilo Direct Seg y Reas SA | Spain | 99.99 |
| 78580 | Seguro Directo Gere Cia de Seg | Portugal | 99.99 |
| 88113 | *AXA Canada Inc Group* | Canada | 100.00 |
| 85798 | AXA Assurances Inc | Canada | 100.00 |
| 85705 | AXA General Insurance | Canada | 100.00 |
| 78560 | Anthony Insurance Inc. | Canada | 100.00 |
| 86334 | AXA Assurances agricoles inc | Canada | 100.00 |
| 86239 | AXA Insurance (Canada) | Canada | 100.00 |
| 86185 | AXA Pacific Insurance Company | Canada | 100.00 |
| 86579 | Insurance Corp Newfoundland Lt | Canada | 100.00 |
| 84225 | InnovAssur, assur generales | Canada | 90.00 |
| 84358 | AXA Cessions | France | 100.00 |
| 51930 | *AXA China* | France | 51.00 |
| 78575 | AXA-Minmetals Assurance Co Ltd | China | 51.00 |
| 51933 | *AXA France Assurance* | France | 100.00 |
| 86096 | Avanssur | France | 100.00 |
| 86926 | AXA Corporate Solutions Assur | France | 98.75 |
| 56891 | Futur Re S A | Luxembourg | 99.99 |
| 86022 | AXA France IARD | France | 99.92 |
| 89262 | Natio Assurance | France | 50.00 |
| 86023 | AXA France Vie | France | 98.34 |
| 78561 | Argovie | France | 94.40 |
| 84147 | AXA Portugal, Cia Seguros Vida | Portugal | 87.63 |
| 86211 | Direct Assurance Vie | France | 100.00 |
| 83079 | Juridica | France | 98.51 |
| 86503 | AXA General Ins Hong Kong Ltd | Hong Kong | 100.00 |
| 51924 | *AXA Holdings Belgium* | Belgium | 84.30 |
| 83221 | L'Ardenne Prevoyante | Belgium | 100.00 |
| 85604 | AXA Belgium | Belgium | 100.00 |
| 89503 | Servis | Belgium | 88.45 |
| 51940 | *AXA Luxembourg SA* | Luxembourg | 100.00 |
| 85614 | AXA Assurances Luxembourg S.A. | Luxembourg | 99.99 |
| 86865 | AXA Assurances Vie Luxembourg | Luxembourg | 99.99 |
| 51941 | *AXA Nederland B.V.* | Netherlands | 45.70 |
| 51947 | *AXA Verzekeringen B.V.* | Netherlands | 100.00 |
| 83479 | AXA Leven N.V. | Netherlands | 100.00 |
| 83481 | AXA Schade N.V. | Netherlands | 100.00 |
| 89640 | AXA Zorg N.V. | Netherlands | |
| 89504 | Servis-Life | Belgium | 100.00 |
| 51936 | *AXA Holdings Pte Ltd* | Singapore | |
| 78571 | AXA Insurance Hong Kong Ltd | Hong Kong | 82.50 |
| 78570 | AXA Insurance EC | Bahrain | 100.00 |
| 89428 | AXA Insurance SG Pte Ltd | Singapore | 100.00 |
| 51938 | *AXA Italia S.p.A.* | Italy | 98.24 |
| 86897 | AXA Assicurazioni S.p.A. | Italy | 98.10 |
| 84208 | AXA Interlife SpA | Italy | 100.00 |
| 86413 | AXA Soluzioni Vita S.p.A. | Italy | 100.00 |
| 51939 | *AXA Japan Holdings Co., Ltd.* | Japan | 97.59 |
| 86891 | AXA Life Insurance Co Ltd | Japan | 100.00 |
| 84182 | AXA Non-Life Insurance Co Ltd | Japan | 100.00 |
| 89410 | AXA Lebensversicherungs | Switzerland | 95.00 |
| 78572 | AXA Life Europe | Ireland | 100.00 |
| 78573 | AXA Life Insurance Company Ltd | Hong Kong | 100.00 |
| 51934 | *AXA-ONA* | Morocco | 51.00 |
| 78564 | AXA Assurance Maroc | Morocco | 100.00 |
| 51943 | *AXA Oyak Holding AS* | Turkey | 50.00 |
| 83739 | AXA Oyak Hayat Sigorta A.S. | Turkey | 100.00 |
| 83738 | AXA Oyak Sigorta A.S. | Turkey | 70.90 |
| 84146 | AXA Portugal, Cia Seguros SA | Portugal | 83.02 |
| 85219 | AXA Re | France | 100.00 |
| 84359 | AXA Re Finance | France | 100.00 |
| 86163 | AXA Reinsurance UK plc | United Kingdom | 100.00 |
| 51945 | *AXA UK Holdings Limited* | United Kingdom | |
| 86164 | AXA Global Risks (UK) Limited | United Kingdom | |
| 78262 | English & Scottish M&G Ins GL | United Kingdom | 100.00 |
| 51946 | *AXA UK Plc* | United Kingdom | 78.30 |
| 51944 | *AXA Sun Life Holdings PLC* | United Kingdom | |
| 87250 | AXA Equity & Law Lf Assur Soc | United Kingdom | 100.00 |
| 87249 | AXA Sun Life plc | United Kingdom | 100.00 |
| 87615 | Sun Life Assur Society plc | United Kingdom | 100.00 |
| 85371 | Guardian Royal Exchange plc | United Kingdom | 100.00 |
| 86505 | AXA Direct Insurance Limited | United Kingdom | |
| 85203 | AXA Insurance plc | United Kingdom | 100.00 |
| 85550 | AXA General Insurance Limited | United Kingdom | 100.00 |
| 87530 | AXA PPP Healthcare Limited | United Kingdom | 100.00 |
| 51935 | *AXA Holdings Ireland Limited* | Ireland | 100.00 |
| 51937 | AXA Ireland Limited | Ireland | 100.00 |
| 86499 | AXA Insurance Limited | Ireland | 100.00 |
| 86845 | AXA Insurance UK plc | United Kingdom | 100.00 |
| 89411 | AXA Versicherungs-Gesellschaft | Switzerland | |
| 78034 | Juridica Cie d'asr protection | Switzerland | 100.00 |
| 51950 | *Oudinot Participations* | France | 100.00 |
| 51409 | *AXA America Holdings, Inc.* | United States | 100.00 |
| 50578 | AXA America Corp Solutions Inc | DE | 100.00 |
| 03811 | AXA Corporate Solutions Re Co | DE | 100.00 |
| 09083 | AXA Corporate Solutions Lf Re | DE | 100.00 |
| 51412 | *AXA Delaware LLC* | DE | |
| 03718 | AXA Insurance Company | NY | 100.00 |
| 04779 | AXA Re Prop & Cas Ins Co | DE | 100.00 |
| 58039 | *AXA Financial Inc* | NY | 100.00 |
| 50842 | *AXA Financial Services* | United States | 100.00 |
| 06341 | AXA Equitable Life Ins Co | NY | 100.00 |
| 09516 | AXA Life and Annuity Company | CO | 100.00 |
| 51413 | *Equitable Holdings, LLC* | United States | 100.00 |
| 73555 | Equitable Casualty Ins Co | VT | 100.00 |
| 59069 | *MONY Holdings, LLC* | NY | 100.00 |
| 06751 | MONY Life Ins Co | NY | 100.00 |
| 51410 | *MONY International Hldgs LLC* | United States | 100.00 |
| 78397 | MONY Life Ins Co of Americas | Cayman Islands | 100.00 |
| 08091 | MONY Life Insurance Co of Amer | AZ | 100.00 |
| 51411 | *Sagamore Financial, LLC* | United States | 100.00 |
| 08492 | US Financial Life Ins Co | OH | 100.00 |
| 89204 | PT Asuransi AXA Indonesia | Indonesia | 80.00 |
| 78579 | Saint-Georges Re | France | 100.00 |
| 85341 | Winterthur Swiss Insurance Co | Switzerland | 100.00 |
| 86498 | Harrington Internatl Ins Ltd | Bermuda | 100.00 |
| 55123 | *Hispanowin, S.A.* | Spain | 100.00 |
| 83603 | Winterthur Salud SA de Seguros | Spain | 100.00 |
| 83678 | Winterthur Seguros Generales | Spain | 100.00 |
| 83654 | Winterthur Vida Seg Sobre Vida | Spain | 100.00 |
| 78607 | Wincare Versicherungen AG | Switzerland | 100.00 |
| 55129 | *Winterthur Verzekeringen Hldg* | Netherlands | 100.00 |
| 78608 | Winterthur Levensverz Maats NV | Netherlands | 100.00 |
| 78609 | Winterthur Schadeverz Maats | Netherlands | 100.00 |
| 78068 | Wincare Zusatzversicherungen | Switzerland | 100.00 |
| 78063 | Winterthur-ARAG | Switzerland | 66.67 |
| 55126 | *Winterthur Beteiligungs* | Germany | 50.00 |
| 55124 | WinCom Versicherungs-Hldg AG | Germany | 100.00 |
| 55122 | *DBV Holding N.V.* | Netherlands | 100.00 |
| 78147 | DBV Levensverzekerings NV | Netherlands | 100.00 |
| 77129 | DBV Schadeverzekeringsmij NV | Netherlands | 100.00 |
| 87187 | *DBV Winterthur Holding AG* | Germany | 96.70 |
| 87776 | DBV Deutsche Beamten-Vers | Germany | 100.00 |
| 87971 | DBV-Winselect Versicherung AG | Germany | 100.00 |
| 87797 | DBV Winterthur Krankenvers AG | Germany | 100.00 |
| 87777 | DBV Winterthur Lebensversicher | Germany | 100.00 |
| 89187 | winsecura Pensionskasse AG | Germany | 100.00 |
| 87778 | DBV-Winterthur Versicherung AG | Germany | 100.00 |
| 89649 | Rheinisch-Westfaelische Sterbe | Germany | 100.00 |
| 89401 | Winterthur-Europe Assurances | Belgium | 96.10 |
| 89512 | Touring Assurances | Belgium | 100.00 |
| 89417 | Les Assures Reunis S.A. | Belgium | 100.00 |
| 78620 | Winterthur-Europe Vie S.A. | Luxembourg | 96.97 |
| 85343 | Winterthur Life Insurance Co | Switzerland | 100.00 |
| 83921 | Winterthur Biztosito Zrt | Hungary | 65.00 |
| 78621 | Winterthur Life (HK) Ltd | Hong Kong | 100.00 |
| 83781 | Winterthur pojistovna a.s. | Czech Republic | 65.01 |
| 78622 | Winterthur pojistovna a.s. | Slovakia | 100.00 |
| 78619 | AXA Zycie Towarzystwo UB S.A. | Poland | 65.00 |
| 55125 | *Winterthur (UK) Holdings Ltd* | United Kingdom | 100.00 |
| 55128 | Winterthur UK Financial Serv | United Kingdom | 100.00 |
| 55127 | Winterthur Life UK Hldgs Ltd | United Kingdom | 100.00 |
| 87287 | Winterthur Life UK Limited | United Kingdom | 100.00 |
| 87805 | Winterthur Pension Funds UK | United Kingdom | 100.00 |
| 87675 | WLUK Limited | United Kingdom | 100.00 |
| 87656 | United Standard Ins Co Ltd | United Kingdom | 100.00 |
| 85161 | AXA Konzern Aktiengesellschaft | Germany | 96.80 |
| 87927 | AXA Art Versicherung AG | Germany | 100.00 |
| 51926 | *AXA Art Holdings Inc.* | NY | 100.00 |
| 10599 | AXA Art Insurance Corporation | NY | 100.00 |
| 87490 | AXA Art Insurance Limited | United Kingdom | 100.00 |
| 84201 | AXA ART Versicherung AG | Switzerland | 100.00 |
| 86810 | AXA Krankenversicherung AG | Germany | 64.34 |
| 85160 | AXA Lebensversicherung AG | Germany | 99.14 |

**2008 BEST'S DIRECTORIES OF RECOMMENDED INSURANCE ATTORNEYS AND ADJUSTERS** — *For Current Listings access www.ambest.com/legal*—

 Copyright © 2008 by A.M. Best Company, Inc.
All rights reserved. No part of this report may be reproduced, stored in a retrieval system or transmitted in any form or by any means; electronic, mechanical, photocopying, recording or otherwise.

EXHIBIT "B"

# CORPORATE STRUCTURES

| AMB# | COMPANY | DOMICILE | % OWN |
|---|---|---|---|
| 85159 | AXA Versicherung AG | Germany | 100.00 |
| 51942 | AXA Nordstern France S.A. | France | 100.00 |
| 78562 | AXA Art d'Assurances S.A. | France | 100.00 |
| 78576 | Colonia Insurance (IE) Plc | Ireland | 100.00 |
| 84198 | DARAG Deutsche Versicherungs | Germany | 100.00 |
| 84627 | ROLAND Rechtsschutz-Vers-AG | Germany | 39.88 |
| 86811 | Deutsche Aerzteversicherung AG | Germany | 97.87 |
| 84487 | Deutsche Aerzte-Versicherung | Germany | 70.37 |
| 89646 | Pro bAV Pensionskasse AG | Germany | 100.00 |
| **51089** | **AXIS Capital Holdings Limited** | | |
| 51954 | AXIS Spec Hldgs Ireland Ltd | Ireland | 100.00 |
| 83008 | AXIS Re Limited | Ireland | 100.00 |
| 83007 | AXIS Specialty Europe Limited | Ireland | 100.00 |
| 84466 | AXIS Specialty Limited | Bermuda | 100.00 |
| 51067 | AXIS Specialty U.S. Holdings | DE | 100.00 |
| 13034 | AXIS Insurance Company | IL | 100.00 |
| 12557 | AXIS Reinsurance Company | NY | 100.00 |
| 12558 | AXIS Specialty Insurance Co | CT | 100.00 |
| 12515 | AXIS Surplus Insurance Company | IL | 100.00 |
| **58332** | **Baldwin & Lyons Inc** | | |
| 56163 | B&L Insurance Ltd | Bermuda | 100.00 |
| 00784 | Protective Insurance Company | IN | 100.00 |
| 01840 | Sagamore Insurance Company | IN | 100.00 |
| **58333** | **Bancinsurance Corporation** | | |
| 04813 | Ohio Indemnity Company | OH | 100.00 |
| **58018** | **Bank of America Corporation** | | |
| 50132 | NB Holdings Corporation | DE | 100.00 |
| 51385 | Bank of America Ins Grp, Inc. | DE | 100.00 |
| 00247 | General Fidelity Insurance Co | SC | 100.00 |
| 06441 | General Fidelity Life Ins Co | SC | 100.00 |
| 50885 | Bank of America N A | DE | 100.00 |
| 51386 | Banc of America Consumer Card | United States | 100.00 |
| 51384 | Banc of America Cons Card Svce | United States | 100.00 |
| 51387 | Banc of America Servicing Corp | AZ | 100.00 |
| 12355 | Fleet Insurance Company | AZ | 100.00 |
| 60328 | Fleet Life Insurance Co | AZ | 100.00 |
| **50571** | **Bankers Intern Fin Corp Ltd** | | |
| 50572 | Bankers Intern Fin Corp | FL | 100.00 |
| 50573 | Bankers Financial Corporation | FL | 100.00 |
| 50574 | Bankers Insurance Group Inc | FL | 100.00 |
| 03683 | Bankers Insurance Company | FL | 100.00 |
| 08448 | Bankers Life Insurance Co | FL | 100.00 |
| 11572 | First Community Insurance Co | FL | 50.00 |
| **00144** | **Bar Plan Mutual Insurance Co** | | |
| 50655 | TBP Holding Company Inc | MO | 100.00 |
| 12293 | Bar Plan Surety & Fid Co | MO | 100.00 |
| **00203** | **Barnstable County Mut Ins Co** | | |
| 02896 | Barnstable County Ins Co | MA | 100.00 |
| **51634** | **Barrington Capital, L.L.C.** | | |
| 51635 | Florida Family Ins Svcs, LLC | | 100.00 |
| 11975 | Florida Family Insurance Co | FL | 99.40 |
| **50703** | **BCS Financial Corporation** | | |
| 03251 | BCS Insurance Company | OH | 100.00 |
| 10597 | Plans' Liability Ins Co | OH | 100.00 |
| 07363 | BCS Life Insurance Co | IL | 100.00 |
| **11373** | **Beacon Mutual Insurance Co** | | |
| 12662 | Castle Hill Insurance Company | RI | 100.00 |
| **51408** | **Benchmark Holdings, Inc.** | | |
| 02722 | Gramercy Insurance Company | TX | 100.00 |
| **58334** | **Berkshire Hathaway Inc** | | |
| 55320 | Albecca Inc. | GA | 100.00 |
| 51688 | AU Holding Company, Inc. | DE | 100.00 |
| 51689 | Applied Group Ins Holdings Inc | HI | 100.00 |
| 73373 | Commercial General Indem Inc | HI | 100.00 |
| 51322 | Applied Underwriters, Inc. | NE | 100.00 |
| 75267 | Applied Underwriters Capt Risk | | 100.00 |
| 71253 | Applied Undrwrtrs Capt Rsk Asr | AZ | 100.00 |
| 13776 | North American Casualty Co | NE | 100.00 |
| 02637 | California Insurance Company | CA | 100.00 |
| 13065 | Continental Indemnity Company | IA | 100.00 |
| 58383 | General Re Corporation | DE | 100.00 |
| 02198 | General Reinsurance Corp | DE | 100.00 |
| 84326 | General & Cologne Re Brasil | Brazil | 79.00 |
| 86052 | General Reins Australia Ltd | Australia | 100.00 |
| 03806 | General Star Indemnity Co | CT | 100.00 |
| 87931 | General Star Int'l Indemnity | United Kingdom | 100.00 |
| 00646 | General Star National Ins Co | OH | 100.00 |
| 10757 | Genesis Indemnity Ins Co | ND | 100.00 |
| 10758 | Genesis Insurance Company | CT | 100.00 |
| 50512 | Gen Re Holding Limited | DE | 100.00 |
| 50513 | Reinsurance Undrg Services Ltd | United Kingdom | 100.00 |
| 86483 | General Reinsurance UK Limited | United Kingdom | 100.00 |
| 50614 | GRD Corporation | DE | 100.00 |
| 50515 | General Re-CKAG Reins&Inv SARL | Luxembourg | 100.00 |
| 85510 | Koelnische Rueckversicherungs | Germany | 75.00 |
| 50516 | Cologne Holding Co of America | CT | 100.00 |
| 51135 | Cologne Re Managers Corporatio | DE | 100.00 |
| 01676 | Cologne Reinsurance Co of Amer | CT | 100.00 |
| 73306 | GeneralCologne Life Re BB Ltd. | Barbados | 75.00 |
| 86624 | Cologne Re Co (Dublin) Ltd | Ireland | 100.00 |
| 09326 | IdeaLife Ins Co | CT | 100.00 |
| 51136 | Cologne Reins Finance Hldgs BV | Netherlands | 100.00 |
| 84336 | General Cologne Re (BM) Ltd | Bermuda | 100.00 |
| 57173 | General & Cologne Re (BB) Ltd. | Barbados | 100.00 |
| 86630 | Europa Rueck AG | Germany | 75.00 |
| 86628 | Faraday Reinsurance Co Ltd | United Kingdom | 100.00 |
| 84322 | GeneralCologne Re Mexico SA | Mexico | 100.00 |
| 84327 | GeneralCologne Re Ruckvers AG | Austria | 100.00 |
| 06234 | General Re Life Corporation | CT | 100.00 |
| 86651 | General Reinsurance Africa Ltd | South Africa | |
| 86652 | General Reins Life Australia | Australia | 100.00 |
| 84324 | GeneralCologne Re Iberica | Spain | 100.00 |
| 86629 | General Reinsurance Life UK | United Kingdom | 100.00 |
| 84325 | Gen Reins Scandinavia A/S | Denmark | 100.00 |
| 84323 | SIA Gen Re Riga | Latvia | 100.00 |
| 51137 | GRD Holding Corporation | DE | 100.00 |
| 84335 | General Re (Bermuda) Ltd | Bermuda | 100.00 |
| 58427 | National Re Corporation | DE | 100.00 |
| 02124 | National Reinsurance Corp | DE | 100.00 |
| 11242 | Fairfield Insurance Company | CT | 100.00 |
| 02199 | North Star Reinsurance Corp | DE | 100.00 |
| 50517 | OBH Inc | DE | 100.00 |
| 50518 | BH Columbia Inc | NE | 100.00 |
| 04330 | Columbia Insurance Company | NE | 100.00 |
| 50411 | Medical Protective Corporation | IN | 100.00 |
| 00591 | Medical Protective Company | IN | 100.00 |
| 50519 | Blue Chip Stamps | CA | 100.00 |
| 50520 | Wesco Financial Corporation | DE | 82.10 |
| 50521 | Wesco Holdings Midwest Inc | NE | 100.00 |
| 02026 | Wesco-Financial Insurance Co | NE | 100.00 |
| 00533 | Kansas Bankers Surety Company | KS | 100.00 |
| 12334 | Brookwood Insurance Company | IA | 100.00 |
| 50522 | Central States of Omaha Cos | NE | 82.00 |
| 02660 | Central States Indemnity Co | NE | 100.00 |
| 08488 | CSI Life Insurance Company | AZ | 100.00 |
| 00308 | Cypress Insurance Company (CA) | CA | 100.00 |
| 02428 | National Fire & Marine Ins Co | NE | 100.00 |
| 04329 | Redwood Fire & Cas Ins Co | NE | 100.00 |
| 02429 | National Indemnity Company | NE | 100.00 |
| 87960 | Berkshire Hathaway Int'l Ins | United Kingdom | 100.00 |
| 60060 | Berkshire Hathaway Life of NE | NE | 100.00 |
| 04207 | Cornhusker Casualty Company | NE | 100.00 |
| 60389 | First Berkshire Hathaway Life | NY | 100.00 |
| 03722 | Oak River Insurance Company | NE | 100.00 |
| 03770 | Continental Divide Ins Co | CO | 100.00 |
| 00554 | Converium Ins (North America) | NJ | 100.00 |
| 02696 | Converium Reinsurance (NA) | CT | 100.00 |
| 58381 | GEICO Corporation | DE | 99.20 |
| 02204 | GEICO Indemnity Company | MD | 100.00 |
| 01737 | GEICO Casualty Company | MD | 100.00 |
| 02205 | Government Employees Ins Co | MD | 100.00 |
| 01852 | GEICO General Insurance Co | MD | 100.00 |
| 04406 | National Indem Co of Mid-Amer | IA | 100.00 |
| 01824 | National Indem Co of the South | FL | 100.00 |
| 86491 | Tenecom Limited | United Kingdom | 100.00 |
| 03775 | Unione Italiana Reins of Amer | NY | 100.00 |
| 00481 | National Liab & Fire Ins Co | CT | 100.00 |
| 50523 | U S Investment Corporation | PA | 100.00 |
| 02540 | Mount Vernon Fire Ins Co | PA | 100.00 |
| 03736 | U S Underwriters Insurance Co | ND | 100.00 |
| 02541 | United States Liability Ins Co | PA | 100.00 |
| **55007** | **BETA Healthcare Group Risk Mgt** | | |
| 11714 | Health Providers Ins Recip RRG | HI | 76.00 |
| **68174** | **Blue Cross & Blue Shield of FL** | | |
| 64116 | Capital Health Plan Inc | FL | 51.00 |
| 50851 | Diversified Health Services | FL | 100.00 |
| 12095 | Comp Options Insurance Co | FL | 100.00 |
| 68672 | Health Options Inc | FL | 100.00 |
| **01727** | **Blue Cross & Blue Shield of SC** | | |
| 68593 | BlueChoice HealthPlan of SC | SC | 100.00 |
| 08064 | Companion Life Insurance Co | SC | 100.00 |
| 01979 | Companion Prop and Cas Ins Co | SC | 100.00 |
| 12069 | Companion Commercial Ins Co | SC | 100.00 |
| 76603 | Companion Captive Insurance Co | SC | 100.00 |
| 13586 | Instil Health Insurance Co | SC | 100.00 |
| 68657 | Preferred Health Systems | SC | 100.00 |
| **60081** | **Blue Cross Blue Shield of MI** | | |
| 11770 | Accident Fund Ins Co of Amer | MI | 100.00 |
| 13044 | Accident Fund General Ins Co | MI | 100.00 |
| 13043 | Accident Fund National Ins Co | MI | 100.00 |
| 01932 | United Wisconsin Insurance Co | WI | 100.00 |
| 68741 | Blue Care Network of Michigan | MI | 100.00 |
| 68783 | M-Care Inc | MI | 100.00 |
| 84738 | MCAID | MI | 100.00 |
| 64870 | Blue Care of Michigan Inc | MI | 100.00 |
| 60400 | Michigan Health Insurance Co | MI | 100.00 |

BEST  Copyright © 2008 by A.M. Best Company, Inc. All rights reserved. No part of this report may be reproduced, stored in a retrieval system or transmitted in any form or by any means; electronic, mechanical, photocopying, recording or otherwise.