AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

AGF BELGIUM INSURANCE, N.V., for itself
and other insurers as subrogee of OPTION
WIRELESS, LTD.,

**APPEARANCE**

Case Number: 08 CV 4270

v.

KATT WORLDWIDE LOGISTICS, INC, et ano.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AGF BELGIUM INSURANCE, N.V., for itself and other insurers as subrogees of OPTION WIRELESS, LTD.,

I certify that I am admitted to practice in this court.

7/8/2008
Date

Signature

Kenneth R. Feit   KF1742
Print Name   Bar Number

320 Old Country Road - Ste 203
Address

Garden City   New York   11530
City   State   Zip Code

(516) 535-1550   (516) 535-1552
Phone Number   Fax Number