LAW OFFICES
# TELL, CHESER & BREITBART

320 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530

TELEPHONE (516) 535-1550
TELECOPIER (516) 535-1552
E-MAIL admin@tcbli.com



RECEIVED AUG 19 2008 ALVIN ... STEIN

*Denied for failure to comply with Ind. Rule 1D.*
*8-20-08*
*AKHellerstein*

August 20, 2008

Via Facsimile: 212-805-7942

Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: AFG Belgium Insurance v. Katt Worldwide
    Logistics, Inc. and American Airlines, Inc.
    Docket No.: 08 Civ. 4270 (AKH)
    Our File No.: 806509

Dear Judge Hellerstein:

  I represent plaintiff in the above referenced action and write to request an adjournment of the case management conference scheduled for September 19, 2008 at 9:30 A.M. The conference has not been previously adjourned. Counsel for defendants have consented to this application.

  I request the adjournment because the conference conflicts with a previously scheduled deposition in the Supreme Court, Nassau County case of <u>McGowan v. Federal Insurance Co.</u>, in which I represent defendant Federal Insurance Co. The September 19, 2008 deposition is one of a series, involving a number of parties, witnesses and attorneys, all of whom have put considerable effort into making the necessary arrangements.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/08

Respectfully,

Kenneth R. Feit

KRF/yp

TELL, CHESER & BREITBART

Honorable Alvin K. Hellerstein
United States Courthouse
August 20, 2008
Page 2


cc: Scott Blount, Esq.
    Butler, Snow, O'Mara, Stevens
     & Cannada, PLLC
    (Via Fax: 908-680-7201)

    Jodi S. Tesser, Esq.
    Mound Cotton Wollan & Greengrass
    (Via Fax: 212-344-8066)