LAW OFFICES
TELL, CHESER & BREITBART

320 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530

TELEPHONE (516) 535-1550
TELECOPIER (516) 535-1552
E-MAIL admin@tcbli.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/08

September 2, 2008

Via Facsimile: 212-805-7942

Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
New York, New York 10007

*Adjourned to Oct 3, 2008, 9:30 am.
9-2-08
/s/ A.K. Hellerstein*

Re: AFG Belgium Insurance v. Katt Worldwide
Logistics, Inc. and American Airlines, Inc.
Docket No.: 08 Civ. 4270 (AKH)
Our File No.: 806509

Dear Judge Hellerstein:

I represent plaintiff in the above referenced action and write to request an adjournment of the case management conference scheduled for September 19, 2008 at 9:30 A.M.

The conference has not been previously adjourned. I once previously requested an adjournment pursuant to letter dated August 20, 2008, which was declined for failure to comply with Rule 1(D). Counsel for defendants consent to this application. Counsel have conferred and suggest adjourning the conference to September 26, 2008 or October 3, 2008.

I request the adjournment because the conference conflicts with a previously scheduled deposition in the Supreme Court, Nassau County case of McGowan v. Federal Insurance Co., in which I represent defendant Federal Insurance Co. The September 19, 2008 deposition is one of a series, involving a number of parties, witnesses and attorneys, all of whom have put considerable effort into making the necessary arrangements.

## TELL, CHESER & BREITBART

Honorable Alvin K. Hellerstein
United States Courthouse
September 2, 2008
Page 2

      For these reasons, I respectfully request that the conference be adjourned to September 26, 2008 or October 3, 2008.

                                Respectfully,

                                Kenneth R. Feit

KRF/yp

cc: Scott Blount, Esq.
    Butler, Snow, O'Mara, Stevens
     & Cannada, PLLC
    6075 Poplar Avenue
    Memphis, TN 38111
    (901) 680-7323
    (Via Fax: 901-680-7201)

    Jodi S. Tesser, Esq.
    Mound Cotton Wollan & Greengrass
    One Battery Park Plaza
    New York, New York 10004
    (212) 804-4200
    (Via Fax: 212-344-8066)